MICHAEL W. DROKE (SBN 162078)
droke.michael@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

STEPHEN O'NEILL (SBN 115132)
oneill.stephen@dorsey.com
THOMAS HWANG (SBN 218678)
hwang.thomas@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Fax: (650) 857-1288

Attorneys for Assignee
TELLTALE (ASSIGNEE FOR THE BENEFIT OF CREDITORS) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNIE ROBERTS, JR. on his own behalf and on behalf of all other persons similarly situated<br><br>　　　　　　Plaintiff(s)<br>　v.<br><br>TELLTALE GAMES, INC.<br>　　　　　　Defendant(s). | Case No. 4:18-CV-5850<br><br>**NOTICE AND STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-entitled matter be dismissed as to all claims alleged without prejudice and without an award of attorneys' fees or costs to any party.

1
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**
CASE NO: 4:18-CV-5850

DATED this 31st day of January, 2019.

DORSEY & WHITNEY LLP

s/Michael Droke

Michael W. Droke, SBN #162078
Attorneys for Telltale (Assignee for the Benefit of Creditors) LLC

THE GARDNER FIRM

Mary Olsen /SAL

Mary E. Olsen (OLSEM4818) admitted pro hac vice
Vance McCrary (MCCRM4402) admitted pro hac vice
Attorney for Plaintiff Vernon Roberts, Jr.

LANKENAU & MILLER, LLP

Stuart Miller /SAL

Stuart J. Miller (SJM 4276)
Attorney for Plaintiff Vernon Roberts, Jr.

GIBBS LAW GROUP LLP

Steven M. Tindall (CA Bar No. 187862)
Steve Lopez (CA Bar No. 300540)
Attorneys for Plaintiff Vernon Roberts, Jr.

2
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**
CASE NO: 4:18-CV-5850

## ORDER

Based on the foregoing stipulation, IT IS HEREBY SO ORDERED that the above captioned case be dismissed without prejudice and without an award of attorneys' fees or costs.

DONE IN OPEN COURT this ___ day of _____, 2019.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Presented by:

DORSEY & WHITNEY LLP

s/ Michael W. Droke

MICHAEL W. DROKE, P.C. SBN #162078
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorney for Telltale (Assignee for the Benefit of Creditors) LLC

APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED:

THE GARDNER FIRM

Mary Olsen / SAL

Mary E. Olsen (OLSEM4818) admitted pro hac vice
Vance McCrary (MCCRM4402) admitted pro hac vice
Attorney for Plaintiff Vernon Roberts, Jr.

LANKENAU & MILLER, LLP

*[signature: Stuart Miller /SAL]*

Stuart J. Miller (SJM 4276)
Attorney for Plaintiff Vernon Roberts, Jr.

GIBBS LAW GROUP LLP

*[signature]*

Steven M. Tindall (CA Bar No. 187862)
Steve Lopez (CA Bar No. 300540)
Attorneys for Plaintiff Vernon Roberts, Jr.

**CERTIFICATE OF SERVICE**

All Case Participants are registered for the USDC CM/ECF System

*Vernie Roberts, Jr. v. Telltale Games, Inc.*

*Northern District of California, Oakland Division, Case Number* 4:18-CV-5850

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

I hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                            */s/ Michael Droke*
                                            Michael W. Droke